1  William A. Levin (SBN 98592)
   Laurel L. Simes (SBN 134637)
2  David M. Grimes (SBN 324292)
   Samira J. Bokaie (SBN 332782)
3  **LEVIN SIMES LLP**
4  1700 Montgomery Street, Suite 250,
   San Francisco, CA 94111
5  Phone: (415) 426-3000
   Facsimile: (415) 426-3001
6  Email: wlevin@levinsimes.com
   Email: llsimes@levinsimes.com
7  Email: dgrimes@levinsimes.com
8  Email: sbokaie@levinsimes.com
   *Attorneys for Plaintiff Jane Doe LS 119*

9

10                    **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12                      **SAN FRANCISCO DIVISION**

13

14  IN RE: UBER TECHNOLOGIES, INC.,          MDL No. 3084 CRB
    PASSENGER SEXUAL ASSAULT
15  LITIGATION                                Honorable Charles R. Breyer

16

17  This Document Relates to:

18

19  *Jane Doe LS 119 v. Uber Technologies, Inc., et
    al.,* Case No. 3:24-cv-05937-CRB

20

21          **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

22          Pursuant to the Court's July 3, 2025 Order, Plaintiff Jane Doe LS 119, by and through

23  counsel hereby gives notice that the above-captioned action is dismissed without prejudice against

24  Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC.

25  //

26  //

27  //

28

                                        1

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

1    Dated: July 9, 2025                          Respectfully Submitted,

2                                                 **LEVIN SIMES LLP**

3                                                 */s/ William A. Levin*
                                                  William A. Levin
4                                                 Laurel L. Simes
                                                  David M. Grimes
5                                                 Samira J. Bokaie
                                                  *Attorneys for Plaintiff Jane Doe LS 119*
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

2

1

## <u>CERTIFICATE OF SERVICE</u>

2

   I hereby certify that on July 9, 2025, I electronically filed the forgoing with the Clerk of the

3

Court using the CM/ECF system which will send notification of such filing to the CM/ECF

4

participants registered to receive service in this member case.

5

6

   /s/ William A. Levin
   William A. Levin

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax

3